**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: NEVRO CORPORATION ) 
SPINAL CORD STIMULATOR )
PRODUCTS LIABILITY LITIGATION )    MDL Docket No. 3195
)

**MEMORANDUM IN SUPPORT OF DEFENDANTS NEVRO LLC'S AND
GLOBUS MEDICAL, INC.'S MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO MOVANTS' MOTION FOR TRANSFER OF ACTIONS TO
CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407
<u>FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS</u>**

Pursuant to Rules 6.1 and 6.3 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants  Nevro LLC, *f/k/a* Nevro Corporation, and Globus Medical, Inc. (collectively, "Nevro"), respectfully request that the Panel extend their deadline to respond to Movants Melvin Clay, Jr., Victoria Gooding, Margueritte Hawken, Richard Lutke, Anita Manley, J.B. Mounteer, Patricia Ramirez, and James Tripp's Motion for Transfer ("Motion") by 28 days from July 21, 2026 to August 20, 2026. Nevro has not previously requested an extension of time.

Movants filed their Motion on June 26, 2026, ECF No. 1, just a few weeks after the Panel denied a similar motion to transfer cases against Nevro, *see In re Abbott Lab'ys & Bos. Sci. Corp. Spinal Cord Stimulator Prods. Liab. Litig.*, No. MDL 3181, 2026 WL 1659301, at *1 n.1 (J.P.M.L. June 5, 2026). On July 2, the Panel accepted the Motion to Transfer and set a briefing schedule requiring Abbott to respond to the Motion by July 23. ECF Nos. 3, 4. When setting this briefing schedule, the Panel instructed the parties, as it instructed them for the prior motion to transfer, to "address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases)." ECF No. 4. The Motion is not set for

1

hearing at the Panel's July 30, 2026 session, and Movant' Reply is not due until July 30, 2026. Presumably, the Panel will hear the Motion at its September 24, 2026 session.

Nevro, which opposed the prior transfer motion, continues to explore alternatives to centralization. Extending the briefing schedule will enable all parties and courts in which included and potentially related actions are pending to further pursue and evaluate those alternatives, and will shed light on whether informal coordination can address the convenience and efficiency concerns Movants raise in requesting an MDL.

A 28-day extension would permit Nevro to further investigate and analyze the claims of Plaintiffs who have filed SCS-related complaints against Nevro since the Panel's May 28, 2026 hearing—a necessary step to determining whether those claims share common questions of fact warranting centralization. The litigation landscape may further change if Plaintiffs file new, related SCS cases against Nevro in the coming weeks, something Movants expressly threaten in their Motion, *see* Mot. at 7. Also relevant, courts in related spinal cord stimulator cases against other manufacturers may rule on motions to dismiss raising federal preemption. *See, e.g.*, *Anderson v. Medtronic*, 0:25-cv-01967 (D. Minn. May 28, 2026), ECF No. 82 (minute entry for May 28, 2026 motion to dismiss hearing).[1]

Granting Nevro's request for a 28-day extension will allow Abbott and Movants to address these and any other developments in the litigation in their briefing and provide the Panel with more accurate and complete information. Movants' Motion but will benefit the parties—and the Panel— by ensuring that the remaining briefing accurately captures the state of the SCS cases and the appropriateness of centralization.

---

[1]At the May 28, 2026 hearing, the court also heard motion to dismiss arguments in *Keys v. Medtronic*, 0:25-cv-01966 (D. Minn); *Hayes v. Medtronic*, 0:25-cv-02125 (D. Minn); and *Goodman v. Medtronic*, 0:25-cv-02304 (D. Minn).

For these reasons, Nevro LLC and Globus Medical, Inc., request that the Panel extend their deadline to respond to the Motion to August 20, 2026.

Dated: July 6, 2026                    Respectfully submitted,

**BOWMAN AND BROOKE LLP**


By: */s/ Randall L. Christian*
         Randall L. Christian
         Randall.Christian@bowmanandbrooke.com

2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Tel.: (512) 874-3800
Fax: (512) 874-3801

*Counsel for Defendants Nevro LLC and*
*Globus Medical, Inc.*

3